UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEJHAN SANDERS,

    Plaintiff,                              Case No. 23-cv-11413
                                             Hon. Matthew F. Leitman

v.

JOHN PURDOM, *et al.*,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Orders entered on this day and on August 13, 2024,

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Defendants and against Plaintiff.

                                                KINIKIA ESSIX
                                                CLERK OF COURT

                                                By:     s/Holly A. Ryan
                                                             Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: August 28, 2025
Detroit, Michigan

1